**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Edwin Moore,

        Plaintiff,

v.

The Prudential Insurance Company of
America,

        Defendant.

No. 26-cv-1573 (JWB/DLM)

**ORDER**

---

The Complaint in this matter was filed on February 23, 2026. (Doc. 1.) A waiver of service form was filed on March 31, 2026 (Doc. 4), and Defendant timely filed its Answer and Counterclaim on April 23, 2026. (Doc. 5.) More than 21 elapsed since the Counterclaim was filed, and no reply has been filed by Plaintiff. Federal Rule of Civil Procedure 12(a)(1)(B) states that a party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim.

In the interests of ensuring this action's just outcome on the merits, the Court *sua sponte* permits Plaintiff additional time to respond to Defendant's Counterclaims. Therefore, **IT IS HEREBY ORDERED** that Plaintiff shall file a response to the Counterclaims on or before **June 2, 2026**. Should Plaintiff fail to respond within this timeframe, Defendant shall promptly move for default entry on its Counterclaims within 10 days of Plaintiff's noncompliance with this Order.

DATED:  May 26, 2026

                              *s/Douglas L. Micko*
                              DOUGLAS L. MICKO
                              United States Magistrate Judge